1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A P. C.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:  (818) 500-3200
5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiffs Disney
    Enterprises, Inc., The Muppets Studio, LLC
7   and DC Comics

8   Bart Ziegler, an individual and d/b/a
    Passion's Press Publishing a/k/a
9   CDS Art Express/cdartexpress.com
    1800 Aleppo Court
10  Thousand Oaks, California 91362
    Telephone:  (805) 813-2832

11
    Defendant, *in pro per*
12

13                  UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                                     )
    Disney Enterprises, Inc., The Muppets  )   Case No. CV12-2386 DDP (AGRx)
16  Studio, LLC and DC Comics,         )
                                       )   CONSENT DECREE PURSUANT
17                         Plaintiffs, )   TO STIPULATION
                 v.                    )
18                                     )
    Bart Ziegler, an individual and d/b/a  )
19  cdsartexpress.com a/k/a CDS Art    )
    Express; Passion's Press Publishing and  )
20  Does 1 – 10, inclusive,           )
                                       )
21                         Defendants. )
                                       )
22  ─────────────────────────────────)

23
            The Court, having read and considered the Joint Stipulation for Entry of
24
    Consent Decree that has been executed on behalf of Plaintiffs Disney Enterprises,
25
    Inc., The Muppets Studio, LLC and DC Comics (collectively "Plaintiffs"), on the one
26
    hand, and Defendants Bart Ziegler, an individual and d/b/a cdsartexpress.com a/k/a
27

28

JS-6

CDS Art Express and Passion's Press Publishing (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 15 U.S.C. § 1051 et seq., 28 U.S.C. § 1338(a) and 28 U.S.C. § 1367.  Service of process was properly made against Defendants, and each of them.

2)      Plaintiffs are the owners or exclusive licensee of all rights in and to the copyright and trademark registrations listed in Exhibits "A-F," attached hereto and incorporated herein by this reference, and the copyrights associated with the same ("Plaintiffs' Properties").

3)      Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise and in the enforcement of its intellectual property rights in Plaintiffs' Properties.

4)      Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

5)      Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

a)      Infringing Plaintiffs' copyrights and trademarks in Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

i)   Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized

products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

ii) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

6)   Each side shall bear its own fees and costs of suit.

7)   This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

10)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

Dated: December 28, 2012

_____

Hon. Dean D. Pregerson
United States District Judge

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: _____
         J. Andrew Coombs
         Annie S. Wang
Attorneys for Plaintiffs Disney
Enterprises, Inc., The Muppets Studio, LLC
and DC Comics

Bart Ziegler, an individual and d/b/a
Passion's Press Publishing a/k/a
CDS Art Express/cdartexpress.com

By: _____
         Bart Ziegler
Defendant, *in pro per*

Passion's Press Publishing

By: _____
         Bart Ziegler
Its:  President
Defendant

# EXHIBIT A

## DISNEY'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |

| R 346 876 | Grumpy | Drawings |
|---|---|---|
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |

| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
|---|---|---|
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |

| Gu 46 582 | Robin Hood | Drawing |
|---|---|---|
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |

| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |

| | | |
|---|---|---|
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - | Model Sheet |

|  | | Frollo | |
| 2 | VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| 3 | PA 670 961 | **Hercules** | Motion Picture |
| | VAu 369 603 | Hercules - Hercules | Model Sheets |
| 4 | VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| 5 | VAu 367 973 | Hercules - Meg | Model Sheets |
| | VAu 369 605 | Hercules - Pegasus | Model Sheets |
| 6 | VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| | VAu 367 965 | Hercules - Phil | Model Sheets |
| 7 | VAu 367 964 | Hercules - Hades | Model Sheets |
| | VAu 367 969 | Hercules - Pain | Model Sheets |
| 8 | VAu 375 850 | Hercules - Panic | Model Sheets |
| | VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| 9 | PA 799 025 | **Mulan** | Motion Picture |
| | VA 849 510 | Mulan | Style Guide |
| 10 | VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| 11 | VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| | VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| 12 | VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| | VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| 13 | VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| | PA 901 890 | **A Bug's Life*** | Motion Picture |
| 14 | VA 875 986 | A Bug's Life* | Style Guide |
| 15 | VAu 399 357 | Flik* | Model Sheets |
| | VAu 399 356 | Hopper* | Model Sheets |
| 16 | VAu 399 351 | Atta* | Model Sheets |
| | VAu 399 349 | Dot* | Model Sheets |
| 17 | VAu 399 343 | Dim* | Model Sheets |
| | VAu 399 352 | Tuck & Roll* | Model Sheets |
| 18 | VAu 399 350 | Francis* | Model Sheets |
| | VAu 399 348 | Heimlich* | Model Sheets |
| 19 | VAu 399 353 | Slim* | Model Sheets |
| | VAu 399 342 | Rosie* | Model Sheets |
| 20 | VAu 399 346 | P.T. Flea* | Model Sheets |
| | VAu 399 345 | Manny* | Model Sheets |
| 21 | VAu 399 344 | Gypsy* | Model Sheets |
| | VAu 399 347 | Thumper* | Model Sheets |
| 22 | VAu 399 354 | Molt* | Model Sheets |
| | VAu 399 355 | Queen* | Model Sheets |
| 23 | PA 959 870 | **Toy Story 2*** | Motion Picture |
| 24 | VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| | VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| 25 | VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| | VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| 26 | VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| | VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| 27 | VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| | VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| 28 | VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |

| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emperor's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true /** | Motion Picture |

| | produced by Walt Disney Television Animation ; directed by John Kafka | |
|---|---|---|
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |

1

**EXHIBIT B**

2

**DISNEY'S TRADEMARKS**

3

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 3,115,395 | 7/11/06 |
| Mickey Mouse | Standard Character Mark | 3,767,849 | 3/30/10 |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/05 |
| Mickey Mouse | Typed Drawing | 0,315,056 | 7/17/34 |
| Mickey Mouse | Standard Character Mark | 3,750,188 | 2/16/10 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/81 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Mickey Mouse Head Device | Design Only | 2,781,693 | 11/11/03 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/06 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Minnie Mouse | Standard Character Mark | 3,767,850 | 3/30/10 |
| Minnie Mouse | Standard Character Mark | 3,740,338 | 1/19/10 |
| Pluto | Typed Drawing | 1,152,383 | 4/28/81 |
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/81 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/81 |
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |
| Donald Duck | Typed Drawing | 3,150,077 | 9/26/06 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Daisy Duck | Design Only | 2,704,890 | 4/8/03 |
|---|---|---|---|
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Disneyland | Typed Drawing | 1,838,246 | 5/31/94 |
| Disneyland Princess | Typed Drawing | 1,037,788 | 4/13/76 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Walt Disney Signature | Typed Drawing | 1,162,727 | 7/28/81 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/05 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Eeyore | Design Only | 3,591,616 | 3/17/09 |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/06 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/04 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/04 |
| Peter Pan | Standard Character Mark | 3,745,492 | 2/2/10 |
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2,895,967 | 10/19/04 |
| Tinker Bell | Standard Character Mark | 3,636,910 | 6/9/09 |
| Tinker Bell | Design Only | 3,624,833 | 5/19/09 |
| Tink | Typed Drawing | 3,734,512 | 1/5/10 |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/08 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/08 |

| | | | |
|---|---|---|---|
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/08 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/08 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 2/3/04 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,358,115 | 12/18/07 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,178,664 | 11/28/06 |
| Lightning McQueen | Standard Character Mark | 3,370,157 | 1/15/08 |
| Mater | Standard Character Mark | 3,406,600 | 4/1/08 |
| Rust-Eze | Standard Character Mark | 3294617 | 9/18/07 |
| Doc Hudson | Standard Character Mark | 3321900 | 10/23/07 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/01 |
| Ariel | Standard Character Mark | 3,814,910 | 7/6/10 |
| Disney's Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/05 |
| Princess Jasmine | Standard Character Mark | 3,998,366 | 7/19/11 |
| High School Musical | Standard Character Mark | 3,506,572 | 9/23/08 |
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/08 |
| High School Musical | Standard Character Mark | 3,420,394 | 4/29/08 |
| Meet the Robinsons | Standard Character Mark | 3,420,082 | 4/29/08 |
| Meet the Robinsons | Standard Character Mark | 3,354,473 | 12/11/07 |
| The Cheetah Girls | Standard Character Mark | 3,252,269 | 6/12/07 |
| Walt Disney Pictures Presents The Wild | Standard Character Mark | 3,389,689 | 2/26/08 |
| Disney Bolt | Standard Character Mark | 3,648,251 | 6/30/09 |

| Disney Bolt | Standard Character Mark | 3,604,222 | 4/7/09 |
|---|---|---|---|
| Wall-E | Standard Character Mark | 3,686,824 | 9/22/09 |
| Wall-E | Standard Character Mark | 3,528,986 | 11/4/08 |

## EXHIBIT C

## MUPPETS COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| RE0000897093 | Dr. Teeth | Visual Material |
| RE0000897091 | Kermit the Frog | Visual Material |
| RE0000897092 | Fozzie Bear | Visual Material |
| Gu27447 | Mushmelon the Muppet | Visual Material |
| RE 0000192365 | Kermit The Muppet | Visual Material |
| Gu27449 | Sam The Muppet | Visual Material |
| RE0000192366 | Harry The Muppet | Visual Material |
| Gu33021 | Scoop | Visual Material |
| Gu33022 | Skip | Visual Material |
| RE0000897094 | George | Visual Material |
| RE0000897095 | Zoot | Visual Material |
| RE0000897096 | Wanda | Visual Material |
| RE0000897097 | Starler | Visual Material |
| RE0000897098 | Wayne | Visual Material |
| RE0000897099 | Gonzo | Visual Material |
| RE0000897100 | Floyd | Visual Material |
| RE0000897101 | Waldorf | Visual Material |
| RE0000897102 | Miss Piggy (Formerly Piggy Lee) | Visual Material |
| RE0000897103 | Sam The Eagle | Visual Material |
| RE0000897104 | Janice | Visual Material |
| RE0000897105 | Animal | Visual Material |
| RE0000897106 | New Dog | Visual Material |
| RE0000897075 | Crazy Harry (Formerly Crazy Donald) | Visual Material |
| RE0000897107 | Droop | Visual Material |
| RE0000897108 | Guru | Visual Material |
| RE0000897109 | Thog | Visual Material |
| RE0000897110 | Koozebanian (Male) | Visual Material |
| RE0000897111 | Mah-Nah-Mah-Nah | Visual Material |
| RE0000897112 | Bunsen Honeydew | Visual Material |
| RE0000897113 | Sweetums | Visual Material |
| RE0000897114 | Swedish Chef | Visual Material |
| RE 0000897115 | Koozebanian Pup | Visual Material |
| RE 0000897116 | Scooter | Visual Material |
| RE 0000897117 | Mildred | Visual Material |
| RE 0000897118 | Mutation | Visual Material |
| RE 0000897119 | Glow Worm Lizard | Visual Material |
| RE 0000897120 | Miss Mousie | Visual Material |
| RE 0000897121 | Marvin Sags | Visual Material |
| RE 0000897122 | Muppet Newscaster | Visual Material |
| RE 0000897123 | Koozebanian (Female) | Visual Material |
| RE 0000897124 | Baskerville | Visual Material |

| | | |
|---|---|---|
| RE 0000923698 | Snerf | Visual Material |
| RE 0000923699 | Little Java | Visual Material |
| RE 0000923700 | Hilda | Visual Material |
| RE 0000923701 | Beautiful Day | Visual Material |
| RE 0000923702 | Big V | Visual Material |
| RE 0000923703 | Big Java | Visual Material |
| RE 0000923704 | Robin | Visual Material |
| RE 0000923705 | TR Rooster | Visual Material |
| RE 0000921531 | Hovick | Visual Material |
| RE 0000923706 | Jim | Visual Material |
| RE0000923707 | Frank | Visual Material |
| RE0000923708 | Jerry | Visual Material |
| RE0000923709 | Booker | Visual Material |
| RE0000923710 | J.P. Take | Visual Material |
| RE0000923711 | Link Snout | Visual Material |
| RE0000923712 | Hippy News Reporter | Visual Material |
| RE0000923713 | Lady Wrestler | Visual Material |
| RE0000923714 | Uncle Deadly | Visual Material |
| RE0000923715 | Mean Mother Monster | Visual Material |
| RE0000923716 | Red Headed Woodpecker | Visual Material |
| RE0000923717 | Leather Winged Bat | Visual Material |
| RE0000923718 | Lady | Visual Material |
| RE0000923719 | Gramps | Visual Material |
| RE0000923720 | Miss Loui-Pop | Visual Material |
| RE0000923721 | Zeke | Visual Material |
| PA-1-002-509 | Muppets From Space, Directed By Tim Hill | Motion Picture |
| PA-1-035-772 | Muppets Tonight: No.209, The Best Of Muppets Tonight | Motion Picture |
| PA-1-035-773 | Muppets Tonight: No. 208, Johany Fiamma | Motion Picture |
| PA-1-035-774 | Muppets Tonight: No. 207, Rick Moranis | Motion Picture |
| PA-1-035-776 | Muppets Tonight: No. 206, The Artist Formerly Known As Prince | Motion Picture |
| PA-1-035-777 | Muppets Tonight: No. 205, Gary Cahuenga | Motion Picture |
| PA-1-035-778 | Muppets Tonight: No. 204, Andie Macdowell | Motion Picture |
| PA-1-035-779 | Muppets Tonight: No. 203, Dennis Quaid | Motion Picture |
| PA-1-035-780 | Muppets Tonight: No. 201 | Motion Picture |
| PA-1-038-856 | Muppets Tonight: No. 15, Don Rickles And Coolio | Motion Picture |
| PA-1-062-208 | On The Case | Motion Picture |
| PA-1-062-209 | Muppets From Space | Motion Picture |
| PA-1-075-904 | MT: No. 2, Martin Short | Motion Picture |
| PA-193-777 | The Fantastic Miss Piggy Show | Motion Picture |
| PA-222-096 | Muppet Gimme A Break Films | Motion Picture |
| PA-222-097 | Muppet Side Splitter Film | Motion Picture |
| PA-222-098 | Muppet Breakthrough Films | Motion Picture |

| PA-236-903 | Jim Henson's Muppet Babies: No. 4, Raiders Of The Lost Muppet | Motion Picture |
|---|---|---|
| PA-236-904 | Jim Henson's Muppet Babies: No. 3, Who's Afraid Of The Big, Bad Dark? | Motion Picture |
| PA-236-905 | Jim Henson's Muppet Babies: No. 2, Dental Hyjinks | Motion Picture |
| PA-236-906 | Jim Henson's Muppet Babies: No. 1, Noisy Neighbors | Motion Picture |

# EXHIBIT D

## MUPPETS TRADEMRAKS

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 2,906,832 | Beaker | The Muppets Studio, LLC |
| 3,477,980 | Bear In The Big Blue House | The Muppets Studio, LLC |
| 2,411,459 | Bear In The Big Blue House | The Muppets Studio, LLC |
| 3,214,156 | Bear In The Big Blue House | The Muppets Studio, LLC |
| 3,477,981 | Bear In The Big Blue House & Device | The Muppets Studio, LLC |
| 3,228,908 | Bear In The Big Blue House & Device | The Muppets Studio, LLC |
| 1,820,585 | Big Steps | The Muppets Studio, LLC |
| 1,114,165 | Fozzie Bear | The Muppets Studio, LLC |
| 2,534,794 | Gonzo | The Muppets Studio, LLC |
| 1,269,282 | Kermit | The Muppets Studio, LLC |
| 1,117,341 | Kermit the Frog | The Muppets Studio, LLC |
| 1,177,453 | Kermit the Frog | The Muppets Studio, LLC |
| 1,248,428 | Miss Piggy | The Muppets Studio, LLC |
| 1,154,067 | Miss Piggy | The Muppets Studio, LLC |
| 948,503 | Muppet | The Muppets Studio, LLC |
| 1,858,155 | Muppet Babies Big Steps Book, A | The Muppets Studio, LLC |
| 2,719,940 | Muppet Fest! & Device | The Muppets Studio, LLC |
| 1,127,688 | Muppet Show, The | The Muppets Studio, LLC |
| 3,185,469 | Muppets | The Muppets Studio, LLC |
| 3,211,969 | Muppets | The Muppets Studio, LLC |
| 3,216,596 | Muppets | The Muppets Studio, LLC |
| 3,314,910 | Muppets | The Muppets Studio, LLC |
| 1,1375,985 | Muppets | The Muppets Studio, LLC |

| 949,135 | Muppets | The Muppets Studio, LLC |
| 2,767,161 | Rizzo Rat | The Muppets Studio, LLC |
| 3,022,979 | Statler | The Muppets Studio, LLC |
| 3,022,980 | Waldorf | The Muppets Studio, LLC |
| Pending | Animal | The Muppets Studio, LLC |

1

2

## EXHIBIT E

## DC COMICS' COPYRIGHTED DESIGNS

3

4

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide<br>Batman<br>Robin<br>Superman<br>Wonderwoman<br>Supergirl<br>Justice League | Style Guide |
| RE-627-502 | Superman | Prints and pictorial illustrations |
| TX 5-581-762 | Superman | Monthly Publication |
| TX 3-221-758 | Superman | Style Guide |
| RE-33-050 | Superman; comic strip | Periodicals |
| RE-143-861 | Superman wrist watches; | Prints and pictorial illustrations |
| RE-185-226 | Superman--America's greatest adventure character | Books |
| VA-1-258-002 | Superman 2004 | calendar |
| RE-628-242 | Batman No. 170, Mar. 1965 | Periodicals |
| TX 5-593-461 | Batman | Monthly Publication |
| RE-628-244 | Detective Comics No. 337, Mar. 1965 | Periodicals |
| TX-3-402-770 | DC Comics presents Batman 3 D | visual arts |
| TX-4-183-766 | Batman: the terror of two-face | nondramatic literary works, computer programs |
| TX-5-871-232 | The DC Comics guide to writing comics | nondramatic literary works, computer programs |
| TXu-532-372 | DC Comics style guide. | visual arts |
| VA-776-450 | DC Comics Super Heros | visual arts |
| VA-777-441 | DC Comics Super Heroes Paint 'n' Marker book | visual arts |
| VA-777-593 | DC Comics Super Heroes: a giant coloring book. | visual arts |
| VA-795-718 | DC Comics super heroes sticker fun. | visual arts |
| VA-838-902 | DC Comics Super Heroes. | visual arts |
| VA-854-405 | DC Comics Super Heroes, gallery of heroes | visual arts |
| TX-5-060-774 | Batman & Demon | nondramatic literary works, computer programs |
| VA-839-545 | Batman & Mr. Freeze: SubZero--chill out | visual arts |
| PAu-1-865-982 | Batman 3: the final battle | Screenplay |

| TX-5-626-631 | Batman year two: fear the reaper | nondramatic literary works, computer programs |
| TXu-838-199 | Knight Force Batman | Style Guide |

**EXHIBIT F**

**DC COMICS' TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Batman | 0,839,561 | November 28, 1967 |
| Batman | 1,221,720 | December 28, 1982 |
| Batman | 1,587,507 | March 20, 1990 |
| Batman | 0,856,045 | September 3, 1968 |
| Batman | 0,858,860 | October 22, 1968 |
| Batman | 0,828,412 | May 9, 1967 |
| Batman | 2,457,655 | June 5, 2001 |
| Batman | 1,652,640 | July 30, 1991 |
| Batman & Rep. | 0,382,770 | November 12, 1940 |
| Batman & Rep. | 0,804,709 | March 1, 1966 |
| Batman & Robin | 2,171,937 | July 7, 1998 |
| Batman & Robin | 2,404,483 | November 14, 2000 |
| Batman Beyond | 2,762,067 | September 9, 2003 |
| The Batman Rep. | 0,378,913 | June 25, 1940 |
| Bat Rep II | 1,219,120 | December 7, 1982 |
| Bat Emblem | 1,581,725 | February 6, 1990 |
| Bat Emblem | 1,581,593 | February 6, 1990 |
| Bat Emblem | 1,581,659 | February 6, 1990 |
| Bat Emblem | 2,119,266 | December 9, 1996 |
| Bat Emblem (Batman Begins) | 3,299,017 | September 25, 2007 |
| Bat Emblem (Batman Begins) | 3,110,604 | September 25, 2007 |

| | | |
|---|---|---|
| Bat Emblem (Batman Begins) | 3,313,612 | October 16, 2007 |
| Bat Emblem (Batman Begins) | 3,326,043 | October 30, 2007 |
| Catwoman | 1565883 (Serial Number 73776479) | November 14, 1989 |
| Catwoman | 3,181,586 | December 5, 2006 |
| Batmobile | Serial Number 85143617 | n/a |
| Batmobile | Serial Number 85143624 | n/a |
| Batmobile | 1,179,342 | November 24, 1981 |
| Batmobile | 1,124,961 | September 11, 1979 |
| Gotham City | 3,353,156 | December 11, 2007 |
| Gotham Knights | 3,391,795 | December 18, 2007 |
| Gotham Central | 3,391,794 | March 4, 2008 |
| Daily Planet | 3,018,523 | November 22, 2005 |
| Jimmy Olsen | 1190637 (Serial Number 73190491) | February 23, 1982 |
| Justice League | 1503856 (Serial Number 73684246) | September 13, 1988 |
| Justice League of America | 1190681 (Serial Number 73294239) | February 23, 1982 |
| Krypto | 1168306 (Serial Number 73213453) | September 8, 1981 |
| Lex Luthor | 1634007 (Serial Number 73813018) | February 5, 1991 |
| Lois Lane | 1184702 (Serial Number 73190489) | January 5, 1982 |
| Perry White | 1184703 (Serial Number 73190490) | January 5, 1982 |
| Robin | 1930901 (Serial Number 74521173) | October 31, 1995 |
| S Logo | 1173150 (Serial Number 73173809) | October 13, 1981 |
| S Logo | 1,197,814 | June 15, 1982 |
| S Logo | 2,226,415 | February 23, 1999 |
| Superman | 1,175,907 | November 3, 1981 |
| Superman | 1,180,068 (Serial Number 73231845) | December 1, 1981 |
| Superman | 1,185,526 | January 12, 1982 |
| Superman | 1209668 (Serial Number 73231897) | September 21, 1982 |

| | | |
|---|---|---|
| Superman | 1221718 (Serial Number 73363768) | December 28, 1982 |
| Superman in Telescopic | 1,200,394 | July 6, 1982 |
| Superman in Telescopic | 371,803 (Serial Number 71410024) | October 10, 1939 |
| Superman in Telescopic | 1200394 (Serial Number 73231898) | July 6, 1982 |
| Superman in Telescopic | 2226026 (Serial Number 75432535) | February 23, 1999 |
| Superman in Telescopic & Superman w/ Chains Rep. | 391,821 (Serial Number 71444138) | November 25, 1941 |
| Superman Rep. (Flying Figure) | 1200387 (Serial Number 73231895) | July 6, 1982 |
| Superman Rep. (Running) | 1178048 (Serial Number 73231822) | November 17, 1981 |
| Superman Rep. (Running) | 1182041 (Serial Number 73231823) | December 15, 1981 |
| Superman Rep. (Standing Clenched Fists) | 1,200,233 | July 6, 1982 |
| The Dark Knight | Serial Number 77329797 | N/A |
| Wonder Woman | 820334 (Serial Number 72237867) | December 13, 1966 |
| Wonder Woman | 1221717 (Serial Number 73363767) | December 28, 1982 |